No. 84–328.   COOPER ET AL. *v.* UNITED STATES;
No. 84–5163.   McCULLOCH *v.* UNITED STATES;
No. 84–5219.   McKINNEY *v.* UNITED STATES; and
No. 84–5319.   LOCKAMY *v.* UNITED STATES.   C. A. 11th Cir. Certiorari denied.   JUSTICE WHITE would grant certiorari.   Reported below: 733 F. 2d 1503.

No. 84–470.   WEYERHAEUSER CO. *v.* WESTERN SEAS SHIPPING CO. ET AL.   C. A. 9th Cir.   Certiorari denied.   JUSTICE WHITE would grant certiorari.

No. 84–390.   WOLK *v.* SUPREME COURT OF NEW JERSEY. Sup. Ct. N. J.   Motion of petitioner to defer consideration of the petition for writ of certiorari denied.   Motion of petitioner for reinstatement to the Bar of this Court denied.   Certiorari denied.